In the Matter of the Transfer Tax upon the Estate of PETER LORILLARD RONALDS, Deceased.

PIERRE LORILLARD RONALDS, JR., as Executor, etc., of PETER LORILLARD RONALDS, Deceased, and Others, Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

Appeal from an order of the surrogate entered in the Surrogate's Court of the county of New York on the 27th day of November, 1908, affirming an order imposing a transfer tax.

PER CURIAM: We are of the opinion that the disposition of this case is governed by *Matter of Lansing* (182 N. Y. 238), followed by this court in *Matter of Haggerty* (128 App. Div. 479) and *Matter of Lewis* (*post*, p. 905). The order appealed from must, therefore, be reversed, with costs and disbursements, and the assessment of property as against the appellant vacated. Present — Ingraham, McLaughlin, Clarke, Houghton and Scott, JJ. Order reversed, with costs and disbursements, and assessment vacated.